# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia
### Savannah Division

FILED U.S. DISTRICT COURT SAVANNAH DIV. JUN 26 2015 CLERK _____ SO. DIST. OF GA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 4:07CR00427-$0 |
| Michael Dixon | ) USM No: 13768-021 |
| | ) |
| Date of Original Judgment: May 5, 2009 | ) Brian L. Daly |
| Date of Previous Amended Judgment: November 28, 2011 | ) Defendant's Attorney |

*(Use Date of Last Amended Judgment, if any)*

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 138 months **is reduced to** 120 months (60 months as to each of Counts 1 and 2, to be served concurrently, plus a consecutive 60-month term as to Count 3).

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   May 5, 2009   shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 06-25-15

*Judge's signature*

Dudley H. Bowen, Jr.
United States District Judge
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*